IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-91-BO

| | | |
|---|---|---|
| KELVIN DAISE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| YOUNG MEN'S CHRISTIAN | ) | |
| ASSOCIATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motion for default judgment. Pursuant to Rule 55(a) of the Federal Rules of Procedure, the clerk must enter a party's default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Defendant has failed to show that defendants have failed to plead or otherwise defend. Therefore, plaintiff's motion for default judgment is DENIED WITHOUT PREJUDICE.

SO ORDERED, this **14** day of July, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE